UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WILLIAM STANTON MASSA, III, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. NO. 3:05-CV-355 |
| | ) | (JARVIS/SHIRLEY) |
| UNITED STATES OF AMERICA, | ) | |
| o/b/o the Internal Revenue Service of the | ) | |
| U.S. Department of the Treasury, | ) | |
| | ) | |
| HOME FEDERAL SAVINGS BANK OF | ) | |
| TENNESSEE, | ) | |
| | ) | |
| ROBERT M. BAILEY, TRUSTEE, | ) | |
| | ) | |
| DON. E. FERGUSON, JR., and | ) | |
| | ) | |
| DEBRA FERGUSON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon review of the parties' Joint Motion to dismiss Plaintiff's interpleader complaint and upon review of the record as a whole, this Court finds the motion to be well taken and does HEREBY ORDER that, of the $5,883.35 of surplus monies at issue in this case, Plaintiff shall retain $1,300.00 in full satisfaction of his claim for attorney's fees and costs, and that the remaining monies, in the amount of $4,583.35, shall be remitted to Defendant United States in the manner specified in the parties' Joint Motion.

IT IS FURTHER ORDERED that the interpleader complaint now pending will be dismissed with prejudice.

                                                             *s/ James H. Jarvis*
                                                             U. S. District Court Judge

Tendered by:

s/Loretta S. Harber
LORETTA S. HARBER (BP#: 007221)
Assistant U. S. Attorney
Attorney for Defendant
800 Market St., Suite 211
Knoxville, TN 37902
(865) 545-4167